Our final case for argument today is United States v. Manriquez-Alvarado. Mr. Melisa. May it please the Court, Mr. Walters. Your Honor, we are here essentially to preserve an argument to the Supreme Court that Ortiz-Santiago should be reversed regarding the claim processing decision. And unless the Court has any other questions or any questions at all, we rest in our written pleadings. Hearing none. Thank you, Your Honor. Thank you. Well, Mr. Walters, I assume you can be equally brief. We too rest on our brief, Your Honor, and enjoy the trip up to the Second City. Is that the easiest argument you've ever had? I think so. I hope you didn't disturb more than one and a half feet of grass along the way. Thank you, Your Honor. And nothing much to respond to. Thank you very much. The case is taken under advisement, and you have preserved your position insofar as that's possible. The Court will be in recess.